No. 5193.—Alicea, aplte., *v.* Saldaña, apldo.—C. D. San Juan. ▆▆▆▆▆▆▆ Enero 16, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Por cuanto, se ha solicitado la desestimación del recurso que se dice interpuesto en este caso por medio de un escrito que contiene únicamente la siguiente alegación: ''Que se desestime la apelación interpuesta por el demandante por no haber radicado en tiempo la transcripción de la evidencia;'' y

Por cuanto, ese escrito no coloca al Tribunal Supremo en condiciones de actuar debidamente ya que no contiene los datos necesarios sobre el pleito, la sentencia que recayera y su fecha, la interposición del recurso y lo ocurrido al tramitarlo, con expresión de fechas, ni viene acompañado de documento alguno creditivo de los hechos que debieron haberse alegado y que pudieron servir de base para llegar a la conclusión que el escrito contiene,

Por tanto, no ha lugar a la desestimación solicitada.

No. 5176.—Muñoz Dieppa, apldo., *v.* Buxó Villafañe, aplte.—C. D. Humacao. ▆▆▆▆▆▆ Enero 16, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Con lugar la moción de desestimación fundada en que el apelante dejó transcurrir los términos para radicar la exposición del caso en la corte inferior y el récord en el Tribunal Supremo.